MOED-0001 DISCLOSURE STATEMENT

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| Christopher Prosser | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:23-CV-00124 |
| | ) | |
| USHealth Advisors, LLC, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Plaintiff, Christopher Prosser, hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

   a. Whether it is publicly traded, and if it is, on which exchange(s):

   Answer: Plaintiff is an individual private citizen and not a corporation.

   b. Its parent companies or corporations (if none, state "none"):

   Answer: Plaintiff is an individual private citizen and not a corporation.

   c. Its subsidiaries not wholly owned by the subject (if none, state "none"):

   Answer: Plaintiff is an individual private citizen and not a corporation.

   d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

   Answer: Plaintiff is an individual private citizen and not a corporation.

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

Answer: Plaintiff is a Missouri Citizen and not a corporation.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001 DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2). Signature (Counsel for Plaintiff/Defendant) Print Name: Address: City/State/Zip: Phone:

        Respectfully submitted,

        /s/Edwin V. Butler, Esquire
        Edwin V. Butler Mo. 32489
        Attorney At Law
        Butler Law Group, LLC
        1650 Des Peres Rd., Suite 220
        St. Louis, MO 63131
        edbutler@butlerlawstl.com
        (314) 504-0001

        Attorney for the Plaintiff

## Certificate of Service

I hereby certify that the above and foregoing disclosure form was served electronically this 9th day of February 2023, on Attorney for the Defendants, Ericka Gibbs, via ECF/CM filing and email at GibbsE@ushealthgroup.com. This document was also scanned for viruses using Windows Defender 2022 and is free of viruses and malware.

        /s/Edwin V. Butler
        Edwin V. Butler