UNITED STATES DISTRICT COURT
EASTERN DISTRCT OF MISSOURI

| | |
|---|---|
| CHRISTOPHER PROSSER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:23-CV-00124 |
| | ) |
| USHEALTH ADVISORS, ET AL. | ) |
| | ) |
| Defendant(s). | ) |

MOTION TO WITHDRAW

COMES NOW, Plaintiff, Christopher Prosser, by and through his attorney, Ed Butler, Butler Law Group, LLC, and hereby requests all Requests for Summons in a Civil Action be withdrawn from the above-captioned matter.

Respectfully submitted,

  /s/ Edwin Butler_____
Edwin Butler, #MO32489
Attorney for Plaintiff
1650 Des Peres Road
Suite 220
Des Peres, MO 63131
(314) 504-0001
(314) 481-8476- Facsimile
edbutler@butlerlawstl.com

Certificate of Service

I hereby certify that a true copy of the foregoing was served by electronic notice on all parties on February 17, 2023.

/s/ Ed Butler