IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Christopher Prosser, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs. | ) ) | |
| Vs. | ) ) | No. 4:23-cv-00124 |
| USHealth Advisors, LLC, et al., Defendants. | ) ) ) | COMPLAINT CLASS ACTION |

**PLAINTIFF'S VOLUNTARY DISMISSAL OF MULTIPLE DEFENDANTS**

**PURSUANT TO RULE 41(a)(1)(A)(i)**

COMES NOW the Plaintiff, Christopher Prosser, by and through the undersigned counsel, and dismisses the following Defendants without prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i):

1. Patrick Carr

2. Troy A. McQuagge

3. James White

4. Andrew Witty

5. United Health Group

6. Dirk McMahon

7. Brian Thompson

8. Team Hiter, LLC

9. Nicholas A. Hiter, President and CEO

1

          Respectfully submitted,

          /s/Edwin V. Butler, Esquire
          Edwin V. Butler Mo. 32489
          Attorney At Law
          Butler Law Group, LLC
          1650 Des Peres Rd., Suite 220
          St. Louis, MO 63131
          edbutler@butlerlawstl.com
          (314) 504-0001

          Attorney for the Plaintiff

## Certificate of Service

    I hereby certify that the above and foregoing motion to dismiss defendants without prejudice was served electronically this 10th day of April 2023, on Attorney's of Record via ECF/CM filing and email at TLoose@gibsondunn.com. This document was also scanned for viruses using Windows Defender 2022 and is free of viruses and malware.

          /s/Edwin V. Butler
          Edwin V. Butler