UNITED STATES DISTRICT COURT
EASTERN DISTRCT OF MISSOURI

| | |
|---|---|
| CHRISTOPHER PROSSER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:23-CV-00124 |
| | ) |
| USHEALTH ADVISORS, ET AL. | ) |
| | ) |
| Defendant(s). | ) |

## MOTION TO WITHDRAW

Comes Now Attorney, Ed Butler, and hereby files his Motion to Withdraw from the above-styled cause for good cause shown.

Wherefore, Plaintiff's attorney respectfully requests leave to withdraw representation from Christopher Prosser and for other or further order of this court deemed necessary.

Respectfully submitted,

 /s/ Edwin Butler_____
Edwin Butler, #MO32489
Attorney for Plaintiff
1650 Des Peres Road
Suite 220
Des Peres, MO 63131
(314) 504-0001
(314) 481-8476- Facsimile
edbutler@butlerlawstl.com

Certificate of Service

I hereby certify that a true copy of the foregoing was served by electronic notice on all parties and sent to Christopher Prosser via E-Mail: c.prosse@resortlegalservices.com. on April 24, 2023.

/s/ Edwin Butler