# Butler Law Group LLC

1650 Des Peres Rd. Ste 220 | St. Louis, MO 63131 | (p) 314-504-0001 | edbutler@butlerlawstl.com

April 24, 2023

Via E-Mail
c.prosse@resortlegalservices.com

Re:   Christopher Prosser et al. v. US Health Advisors, LLC et al.
      Cause No. 4:23-cv-00124

Dear Mr. Prosser,

Attached please find my Motion to Withdraw representation in the above-styled cause for the reason that my calendar can no longer accommodate the case load produced by the number of filings on your behalf.

Very Truly Yours,

/s/ Ed Butler

Ed Butler

Exhibit A