UNITED STATES DISTRICT COURT
EASTERN DISTRCT OF MISSOURI

| | |
|---|---|
| CHRISTOPHER PROSSER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:23-CV-00124 |
| | ) |
| USHEALTH ADVISORS, ET AL. | ) |
| | ) |
| Defendant(s). | ) |

## MOTION TO WITHDRAW THE MOTION TO WITHDRAW

Comes Now Attorney, Ed Butler, and hereby files his Motion to Withdraw the Motion to Withdraw as attorney for Plaintiff from the above-styled cause.

Respectfully submitted,

 /s/ Edwin Butler
Edwin Butler, #MO32489
Attorney for Plaintiff
1650 Des Peres Road
Suite 220
Des Peres, MO 63131
(314) 504-0001
(314) 481-8476- Facsimile
edbutler@butlerlawstl.com

Certificate of Service

I hereby certify that a true copy of the foregoing was served by electronic notice on all parties including the Plaintiff on April 25, 2023.

/s/ Edwin Butler