**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER PROSSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23-cv-124-MTS |
| ) | |
| USHEALTH ADVISORS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that a hearing on Plaintiff's attorney's Motion to Withdraw, Doc. [28], is set for **May 9, 2023, at 12:00 p.m.** and will be held on **ZOOM.** Participants are directed to use the following login information to participate by www.zoomgov.com: Meeting ID: 160 969 4455, Password: 355339. *All participants are directed to add their name (right click and select Rename) to their profile upon entering the Zoom hearing.* Or, participants may call: 1-669-254-5252, Meeting ID: 160 969 4455.

**IT IS FURTHER ORDERED** that Plaintiff's counsel provide Plaintiff a Copy of this Order by **April 26, 2023**, and that Plaintiff appear on Zoom at the hearing.

Dated this 25th day of April, 2023

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE