IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Christopher Prosser, individually and<br>on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>Vs.<br><br>USHealth Advisors, LLC<br>Registered Agent:<br>CT Corporation<br>120 S. Central Ave<br>Clayton, Mo. 63105; and<br><br>USHealth Advisors, LLC<br>CT Corporation – Registered Agent<br>1999 Bryan St., Ste. 900<br>Dallas, TX 75201-3136; and<br><br>Patrick Carr, President<br>USHealth Advisors, LLC<br>CT Corporation – Registered Agent<br>1999 Bryan St., Ste. 900<br>Dallas, TX 75201-3136; and<br><br>Troy A. McQuagge, Chief Executive Officer<br>USHealth Advisors, LLC<br>CT Corporation – Registered Agent<br>1999 Bryan St., Ste. 900<br>Dallas, TX 75201-3136; and<br><br>James White, Vice President<br>USHealth Advisors, LLC<br>CT Corporation – Registered Agent<br>1999 Bryan St., Ste. 900<br>Dallas, TX 75201-3136; and<br><br>John and Jane Does 1 through 50<br>Call Center Telemarketers/Agents<br>CT Corporation – Registered Agent<br>1999 Bryan St., Ste. 900<br>Dallas, TX 75201-3136; and | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:23-cv-00124 MTS<br><br>COMPLAINT CLASS ACTION<br><br>JURY TRIAL DEMANDED |

1

UnitedHealth Group, Inc.                           )
9900 Bren Rd E                                     )
Minnetonka, MN 55343; and                          )
                                                   )
Andrew Witty, Chief Executive Officer              )
UnitedHealth Group, Inc.                           )
Agent: The Corporation Trust Company               )
1209 Orange St.                                    )
Wilmington, DE 19801; and                          )
                                                   )
Dirk McMahon, Chief Operating Officer              )
UnitedHealth Group, Inc.                           )
Agent: The Corporation Trust Company               )
1209 Orange St.                                    )
Wilmington, DE 19801; and                          )
                                                   )
Brian Thompson, Chief Executive Officer            )
UnitedHealth Group, Inc.                           )
Agent: The Corporation Trust Company               )
1209 Orange St.                                    )
Wilmington, DE 19801; and                          )
                                                   )
                     Defendants.                   )

## NOTICE OF PROCESS SERVER

Comes Now the Plaintiff, Christopher Prosser, by and through Counsel, Edwin V. Butler,

and gives notice that the summons' will be served by a private process server:

    Attorney's Acquisitions LLC
    Nichole E. McKinley – Process Server or
    Angelo Human – Process Server
    4210 Elmwood Court
    Imperial, Mo. 63052

3

Respectfully submitted,


/s/Edwin V. Butler, Esquire
Edwin V. Butler Mo. 32489
Attorney At Law
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
edbutler@butlerlawstl.com
(314) 504-0001

Attorney for the Plaintiff


Certificate of Service

I hereby certify that the above and foregoing Answer was served electronically this 23rd day of May, 2023, on all Attorneys of record via CM/ECF filing and notification system. This document was also scanned for viruses using Windows Defender 2022 and is free of viruses and malware.

/s/Edwin V. Butler
Edwin V. Butler