IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Christopher Prosser,<br><br>        Plaintiff,<br><br>  v.<br><br>USHEALTH Advisors, LLC;<br>Patrick Carr;<br>Troy A. McQuagge;<br>James White;<br>John and Jane Does 1 through 50;<br>UnitedHealth Group, Inc.;<br>Andrew Witty;<br>Dirk McMahon; and<br>Brian Thompson,<br><br>        Defendants. | Case No. 4:23-cv-00124-MTS |

**ENTRY OF APPEARANCE**

COMES NOW David C. Baxter of the law firm of Berry Silberberg Stokes PC and hereby enters his appearance on behalf of Defendants USHEALTH Advisors, LLC, Patrick Carr, Troy A. McQuagge, James White, UnitedHealth Group, Inc., Andrew Witty, Dirk McMahon, and Brian Thompson.

Respectfully submitted,

BERRY SILBERBERG STOKES PC

/s/ David C. Baxter
David C. Baxter, #62165 (MO)
16150 Main Circle Drive, Suite 120
St. Louis, Missouri 63017
Telephone: (314) 480-5881
Facsimile: (314) 480-5884
Email: dbaxter@berrysilberberg.com

Attorneys for Defendants

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused a copy of the same to be sent via email to all counsel of record with notice of case activity generated.

/s/ David C. Baxter