

# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

## TIMOTHY WILLIAM LOOSE

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that TIMOTHY WILLIAM LOOSE, # 241037, was on the 20th day of December, 2005, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 23rd day of June 2023.

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
Biying Jia, Assistant Deputy Clerk