

Thank you for registering your phone number(s) with Missouri's No-Call List. By registering, you have helped stop calls from nearly 200 major telemarketiing companies.

**The No-Call List contains your number effective on July 01, 2022. If you are re-registering or updating your registration, this date is when your number was first placed on the No-Call List.**

The Attorney General's Office enforces the Do Not Call and Telemarketing laws through a variety of legal actions. The Office has obtained judgments of over $4 Million in fines and penalties against No-Call and Telemarketing violators. Additionally, because of my Office's efforts, dozens of corporate and individual violators have been banned from making any sales calls in Missouri.

Unfortunately, while the No-Call List stops many calls, it may not stop all calls. Scam artists now use the internet and computers to mask their numbers while calling from anywhere in the world. In the face of this global telemarketing challenge, we are modernizing our technology, employing new investigative techniques, and working with other State Attorneys General, as well as the Federal Trade Commision, and US Department of Justice.

We hope that working together we can stop unwanted telemarketing calls.

Respectfully,

*Eric S. Schmitt*

Eric Schmitt
Missouri Attorney General

**Here are some tips to keep in mind when answering a call from an unknown telemarketer:**

- If you receive telemarketing calls in the future, do not provide personal information such as credit card number or social security number. Only do so with companies that you know and that you call directly yourself.
- Often times, automated recordings have messages like "Press 1 for more information, or press 2 to be removed from our list." Do not push any number. All this does is confirm that your line is a working number.
- When you are at a store and the person at the register asks for your phone number, say "No thank you." Stores usually do not need this number to process your credit card and are instead asking for your phone number so they can call you or sell your number to telemarketers.
- Similarly, do not provide your phone number when entering contests. They also sell your number to telemarketers.

**No-Call Phone Number List**

These will be on the No-Call List effective **July 01, 2022**

| Registered Phone Numbers | Date Registered | Phone Type |
|---|---|---|
| (314) 698-8888 | 2/15/2022 | Residential |

If you receive a call from a telemarketer after July 01, 2022, that you believe violates Missouri's No-Call Law, you may **file a complaint**.  For more information read the **Public FAQ's**