Case: 4:23-cv-00124-MTS   Doc. #: 65-5   Filed: 07/12/23   Page: 1 of 1 PageID #: 314

