# Exhibit 1

| | |
|---|---|
| **From:** | Zoe Wolkowitz |
| **To:** | Loose, Timothy W. |
| **Cc:** | dbaxter_berrysilberberg.com; edbutler@butlerlawstl.com; rberry_berrysilberberg.com |
| **Subject:** | RE: 4:23-cv-00124-MTS Prosser v. USHealth Advisors, LLC et al |
| **Date:** | Wednesday, July 12, 2023 2:01:32 PM |

**[WARNING: External Email]**

Thank you for the clarification.  Please just note that in your Reply brief.   Thanks!

**From:** Loose, Timothy W. <TLoose@gibsondunn.com>
**Sent:** Wednesday, July 12, 2023 1:08 PM
**To:** Zoe Wolkowitz <Zoe_Wolkowitz@moed.uscourts.gov>
**Cc:** dbaxter_berrysilberberg.com <dbaxter@berrysilberberg.com>; edbutler@butlerlawstl.com; rberry_berrysilberberg.com <rberry@berrysilberberg.com>
**Subject:** Re: 4:23-cv-00124-MTS Prosser v. USHealth Advisors, LLC et al

**CAUTION - EXTERNAL:**

Apologies for the delayed response—the amendment will only impact one alternative ground for dismissal set forth in the motion, but will not impact the other arguments for dismissal based on insufficient allegations of personal jurisdiction and vicarious liability.

Thanks,

Tim

**Timothy W. Loose**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7746 • Fax +1 213.229.6746
TLoose@gibsondunn.com • www.gibsondunn.com

On Jul 12, 2023, at 9:06 AM, Zoe Wolkowitz <Zoe_Wolkowitz@moed.uscourts.gov> wrote:

**[WARNING: External Email]**

Thank you.

Will the Amendment effect Defendant's Motion to Dismiss, Doc. [61]?

**From:** Loose, Timothy W. <TLoose@gibsondunn.com>
**Sent:** Wednesday, July 12, 2023 9:58 AM
**To:** Zoe Wolkowitz <Zoe_Wolkowitz@moed.uscourts.gov>; dbaxter_berrysilberberg.com

<dbaxter@berrysilberberg.com>; edbutler@butlerlawstl.com; rberry_berrysilberberg.com <rberry@berrysilberberg.com>;
**Subject:** RE: 4:23-cv-00124-MTS Prosser v. USHealth Advisors, LLC et al

**CAUTION - EXTERNAL:**


Good morning—Defendant does not oppose the request to amend/correct.  Thank you,

Tim

**Timothy W. Loose**
Partner

T: +1 213.229.7746  |  M: +1 323.313.2476
TLoose@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Zoe Wolkowitz <Zoe_Wolkowitz@moed.uscourts.gov>
**Sent:** Wednesday, July 12, 2023 6:14 AM
**To:** dbaxter_berrysilberberg.com <dbaxter@berrysilberberg.com>; edbutler@butlerlawstl.com; rberry_berrysilberberg.com <rberry@berrysilberberg.com>; Loose, Timothy W. <TLoose@gibsondunn.com>
**Subject:** 4:23-cv-00124-MTS Prosser v. USHealth Advisors, LLC et al

**[WARNING: External Email]**

Hello All,

The Court acknowledges Plaintiff's Motion to Amend/Correct, Doc. [63].  In an effort to promote efficiency, do Defendants plan on opposing Plaintiff's Motion?

Best,

Zoe Wolkowitz Brannon
Law Clerk to Judge Matthew T. Schelp
United States District Court
Eastern District of Missouri
111 S. 10th Street
St. Louis, Missouri  63102
(314) 244-7733

<image001.png>

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is

strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.