



### Stephanie Darosa

Financial Analyst

Tampa, Florida, United States

29 followers · 29 connections

See your mutual connections

**Join to view profile**

 iGas USA, Inc.

## Activity

 



Ready to launch your career post-graduation? Check out our New Grad Program! With mentorship, training, and endless opportunities, you'll be able to…

Liked by Stephanie Darosa



We are conducting a search for a Senior Staff Accountant who demonstrates leadership skills and professionalism. Our client is looking to add team…

Liked by Stephanie Darosa

 

**The Job Application Struggle 😩 Have you ever found yourself frantically applying to job after job, only to realise a week later that you have no…**

Liked by Stephanie Darosa

Join now to see all activity

## Experience

 **Staff Accountant**
iGas USA, Inc.
May 2023 - Present · 3 months
Tampa, Florida, United States

 **Sales Agent**
US Health Advisors
Sep 2022 - Feb 2023 · 6 months
Tampa, Florida, United States




Mar 2021 - Sep 2022 · 1 year 7 months

Tampa, Florida, United States

 **Financial Analyst**
MetLife

Sep 2019 - Mar 2021 · 1 year 7 months

Tampa, Florida, United States

 **Financial Analyst**
Citi

May 2014 - May 2018 · 4 years 1 month

Tampa, Florida, United States

## Education

**St. Petersburg College**

Associate of Arts - AA · Business

2018 - 2020

## More activity by Stephanie

 

**The Job Report is in and unemployment is down — again!** 💯 **However, we have all seen the lay off posts on LinkedIn. What does it mean? Both are true….**

Liked by Stephanie Darosa

**We are conducting a search for a Staff Accountant to join the team of a client located in the Tampa Bay area. You do not want to miss this amazing…**

Liked by Stephanie Darosa

**Don't mind me. Just advocating for every Entry Level in the world.** 🌎 ❤️

Liked by Stephanie Darosa

**Get a complimentary copy of Omdia's 2022-23 CPaaS Platform Providers Report**




We're all family here ❤️

Liked by Stephanie Darosa

### View Stephanie's full profile

- See who you know in common
- Get introduced
- Contact Stephanie directly

Join to view full profile

### Sign in

Stay updated on your professional world

Sign in



New to LinkedIn? Join now

## People also viewed

Alexander Coughlin




**Alexander Henson**

National Account Manager

Greater Tampa Bay Area

**Helen Darling**

Senior Internal Auditor

Maybee, MI

**meng wang**

Financial Analyst at iGas USA, Inc.

Tampa, FL

**Ramy Matta**

Account Manager at iGas USA

Tampa, FL

**Ignacio Ulep**

Business Development / Capture Management at DJP Limited

Virginia Beach, VA

**Ann Lulloff**

Case Manager RN BA CCM at Coventry

Thiensville, WI

**Diane M. Adams**

RN, BA, CCM @ Paramount Health Care - Maumee, Ohio

Oregon, OH

**Courtney Recupero**

Cyber Security/Ethical Hacking

Atlanta Metropolitan Area

**Michelle Gosselin**

MSN-Ed, BSN, RN,CCM

Lisbon Falls, ME

Show more profiles


**Explore collaborative articles**



**Explore More**

## Others named **Stephanie Darosa** in **United States**


**Stephanie Vicuña**
Accounting Systems Administrator
Sacramento, CA


**Stephanie DaRosa**
MSN/FNP-C -Family Nurse Practitioner
Greater Sacramento


**Stephanie Darosa**
--
United States


**Stephanie DaRosa**
--
United States

10 others named Stephanie Darosa in United States are on LinkedIn

See others named **Stephanie Darosa**

## Add new skills with these courses

SAP Accounts Payable Boot Camp

QuickBooks and Excel: Importing and Exporting Transactions

Advanced Bookkeeping Techniques

See all courses

 

include this LinkedIn profile on other websites

### Stephanie Darosa
Financial Analyst

Staff Accountant at iGas USA, Inc.

View profile

View profile badges

© 2023 | About

Accessibility | User Agreement

Privacy Policy | Your California Privacy Choices

Cookie Policy | Copyright Policy

Brand Policy | Guest Controls

Community Guidelines | Language