IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Christopher Prosser, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs. ) ) | |
| Vs. ) ) | No. 4:23-cv-00124 MTS |
| USHealth Advisors, LLC, et al., ) ) ) ) | |
| Defendants. ) | |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Comes Now the Plaintiff, Christopher Prosser, by and through the undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure dismisses the above action against all parties with prejudice.

Respectfully submitted,

/s/Edwin V. Butler, Esquire
Edwin V. Butler Mo. 32489
Attorney At Law
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
edbutler@butlerlawstl.com
(314) 504-0001

Attorney for the Plaintiff

## Certificate of Service

  I hereby certify that the above and foregoing motion for leave to Amend the Second Amended Complaint by interlineation was served electronically this 5th[th] day of October 2023, on all Attorneys of record via ECF/CM filing and notification system. This document was also scanned for viruses using Windows Defender 2022 and is free of viruses and malware.

/s/Edwin V. Butler
Edwin V. Butler
