**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER PROSSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:23-cv-00124-MTS |
| ) | |
| USHEALTH ADVISORS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL**

Pursuant to Plaintiff's Motion for Voluntary Dismissal with Prejudice, Doc. [85],

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**. *See* Fed. R. Civ. P. 41(a)(2).

Dated this 5th day of October 2023.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE